# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| JUBAL AIDEN SWEETEN, *Plaintiff* <br> v. <br> FOX TOWING AND TRUCK SERVICE, INC., ET AL. *Defendant* | Civil Action No. 3:20-CV-00527 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Plaintiff hereby accepts the unconditional Offer of Judgment, in the amount of $55,000.00, made by the Defendants to the Plaintiff on September 29, 2021.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas M. Rose on a motion for RULE 68 OFFER OF JUDGEMENT.

Date: 10/15/21

CLERK OF COURT

*(signature)*

Signature of Clerk or Deputy Clerk