IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JUBAL SWEETEN, | : |
| Plaintiff, | : CASE NO. 3:20-CV-527 |
| v. | : JUDGE ROSE |
| FOX TOWING AND TRUCK SERVICE, INC., et al., | : MAGISTRATE OVINGTON |
| Defendants. | : |

### SATISFACTION OF JUDGMENT

**TO THE CLERK:**

Plaintiff Jubal Sweeten, having received full satisfaction and payment, hereby acknowledges such satisfaction and releases the judgment entered against Defendants Paul Fox, Drew Fox, and Fox Towing and Truck Service, Inc. on October 15, 2021 for $55,000.00. Plaintiff hereby acknowledges that said judgment has been satisfied and paid in full, and the same shall have no further force nor effect. The Clerk of Courts is hereby acknowledged, authorized, and directed to make an entry of full satisfaction of the judgment on the docket.

Dated: 10/26/2021

_____
Jubal Sweeten, Plaintiff